UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 10CR4868-NLS |
| v. | JUDGMENT AND COMMITMENT |
| RUBEN PLASENCIA | KAREN C. LEHMANN, FD. |
| | Defendant's Attorney |

REGISTRATION NO. 22993298

VIOLATION: 21:844(a) - POSSESSION OF MARIJUANA (Misdemeanor)

_x_ Defendant pleaded guilty to count 1 of the INFORMATION (Misdemeanor)
___ Count(s) _____ dismissed on the government's oral motion
___ Underlying _____ dismissed on the government's oral motion

**FILED DEC 23 2010 CLERK, U.S. DISTRICT COURT SOUTHERN DISTRICT OF CALIFORNIA BY DEPUTY**

## JUDGMENT AND COMMITMENT

_x_ Defendant is adjudged guilty on count 1 of the INFORMATION (Misdemeanor)

The defendant is hereby committed to the custody of the United States Bureau of Prisons for a term of TIME SERVED.

_x_ SUPERVISED Release for a term of ONE (1) YEAR
on the following conditions:
_x_ obey all laws, Federal, State and Municipal
_x_ comply with all lawful rules and regulations of the probation department
_x_ not possess any narcotic drug or controlled substance without a lawful medical prescription
_x_ not transport, harbor or assist undocumented aliens
_x_ not reenter the United States illegally
_x_ not possess any firearm, destructive device or any other dangerous weapon
_x_ defendant may travel to Mexico with the permission of his probation officer

_x_ the court waives the mandatory drug testing condition based on the court's determination that the defendant poses a low risk of future substance abuse.
_x_ Penalty assessment of $ 10.00 --- NOT IMPOSED
_x_ Fine waived       ___ Fine of $

IT IS ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States Attorney of any material change in the defendant's economic circumstances.

IT IS ORDERED that the Clerk deliver a certified copy of this judgment and commitment to the United States Marshal or other qualified officer and that the copy serve as the commitment of the defendant.

DECEMBER 21, 2010
Date of Imposition of Sentence

*(signature)*
NITA L. STORMES
UNITED STATES MAGISTRATE JUDGE
Entered on: